| | |
|---|---|
| STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney<br><br>HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division<br><br>JOSEPH TARTAKOVSKY (CABN 282223)<br>Assistant United States Attorney<br><br>   450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102-3495<br>   Telephone: (415) 370-2413<br>   FAX: (415) 436-7234<br>   Joseph.Tartakovsky@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Apr 01 2021<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LINDSAY MARIE CLARK,<br>   Defendant. | CASE NO.: 3:21-cr-00132 SI<br><br>MOTION TO SEAL DOCUMENTS<br><br>UNDER SEAL |

The United States, by and through its counsel, Assistant United States Attorney Joseph Tartakovsky, hereby moves this Court for an order sealing the governments' application for a sealing order, the sealing order, the Indictment, the Arrest Warrant, and all attachments in the above captioned case. Disclosure of the specified documents might jeopardize the defendant's arrest.

Accordingly, the United States requests that the Court seals these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary with counsel for the defendant, and that the Indictment and Arrest Warrant may be disclosed to agents of U.S. Food and Drug Administration and other law

**SEALED BY ORDER OF THE COURT**

1. enforcement officers in order to effectuate the arrest of the defendant.

2.

3. DATED: March 31, 2021               Respectfully submitted,

4.                                      STEPHANIE M. HINDS
                                        Acting United States Attorney
5.

6.                                      /s/ Joseph Tartakovsky
                                        Joseph Tartakovsky
7.                                      Assistant United States Attorney

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.