1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JOSEPH TARTAKOVSKY (CABN 282223)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 370-2413
7      FAX: (415) 436-7234
       Joseph.Tartakovsky@usdoj.gov
8
   Attorneys for United States of America
9

```
FILED
Apr 01 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:21-cr-00132 SI |
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS |
| v. | |
| LINDSAY MARIE CLARK, | |
| Defendant. | |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the Indictment, the Arrest Warrant, and all other attachments in the above captioned case shall be sealed, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary to comply with its discovery obligations, and with U.S. Food and Drug Administration and other law enforcement officers in order to effectuate the arrest of the defendant.

**SEALED BY ORDER OF THE COURT**

1  IT IS SO ORDERED.

2  DATED: _April 1, 2021_

3

4  _____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] SEALING ORDER                    2