UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>               Plaintiff,<br><br>    v.<br><br>LINDSAY MARIE CLARK,<br><br>               Defendant. | Case No. 21-cr-00132-SI-1<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 94 |

On December 1, 2022, the government moved for leave to file a motion for reconsideration of this Court's order finding that the discovery dispute before Judge Cisneros is moot. Leave to file the motion for reconsideration is **GRANTED.**

Any motion for reconsideration should be filed no later than March 20, 2023. Any opposition to the motion should be filed no later than March 27, 2023, and any reply should be filed no later than March 29, 2023. A hearing will be held in-person on March 31, 2023 at 11:00 a.m.

**IT IS SO ORDERED**.

Dated: March 16, 2023

_____
SUSAN ILLSTON
United States District Judge