1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JOSEPH TARTAKOVSKY (CABN 282223)
   KAITLIN PAULSON (CABN 316804)
5  Assistant United States Attorneys

6  RACHAEL L. DOUD (NYRN 5117049)
   Trial Attorney
7  U.S. Department of Justice
   Consumer Protection Branch
8
        450 Golden Gate Avenue, Box 36055
9       San Francisco, California 94102-3495
        Telephone: (415) 436-7320
10      FAX: (415) 436-7234
        Joseph.Tartakovsky@usdoj.gov
11      Kaitlin.Paulson@usdoj.gov
        Rachael.Doud@usdoj.gov
12
13 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:21-CR-00132-SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING DISTRIBUTION OF REMAINING CRIMINAL MONETARY PENALTIES |
| v. | |
| LINDSAY MARIE CLARK AND LINDSAY CLARK, M.D., MEDICAL CORPORATION, | |
| Defendants. | |

The United States and defendants Lindsay Marie Clark and Lindsay Clark, M.D., Medical Corporation (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree and follows:

1. On April 24, 2023, the Court issued a judgment in Defendants' criminal case. Dkt. No. 108. In it, and as the Defendants agreed in their plea agreements, the Court ordered Defendants to pay

STIPULATION AND [PROPOSED] ORDER
Case No. 3:21-cr-00132-SI                                                                                    v. 7/10/2018

restitution in the amount of $1,069,880.  Defendants paid the restitution amount.

2. Following the disbursement of funds to an initial list of victims identified by the government, the Clerk's Office notified the government that a sum of $51,518 remained of the restitution funds.

3. Certain victims have provided the government with additional documentation concerning restitution, which the government has used to compile a second list of victims and restitution amounts.

4. The parties agree that the remaining $51,518 should be distributed to the individuals listed, and amounts set forth in, this second list of victims and amounts. The government will separately provide the second restitution list to the Court and Clerk's Office.

5. The parties therefore jointly request that the Court issue this Proposed Order authorizing the Clerk to disburse the remaining funds of Defendants' restitution payment in accordance with the second restitution list.

6. The parties agree that this Stipulation and Order resolve all outstanding issues regarding the Defendants' restitution obligations and that those obligations are fully satisfied such that no further proceedings are necessary.

IT IS SO STIPULATED.

DATED: October 20, 2023

ISMAIL J. RAMSEY
United States Attorney

/s/
JOSEPH TARTAKOVSKY
KAITLIN PAULSON
Assistant United States Attorneys

RACHAEL L. DOUD
Trial Attorney

DATED: October 20, 2023

/s/
MARTHA BOERSCH
Counsel for Defendants

//
//
//

**[PROPOSED] ORDER**

The Court, having considered the Stipulation Regarding Distribution of Remaining Criminal Monetary Penalties, the Stipulation having been executed by the United States and defendants' counsel, and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved; and
2. The Clerk of the Court for the Northern District of California shall disburse the remaining $51,518 in accordance with the second restitution list provided by the government.
3. With this Stipulation and Order, all outstanding issues regarding the Defendants' restitution obligations are resolved, those obligations are fully satisfied, and no further proceedings are necessary.

IT IS SO ORDERED.

DATED: __October 23, 2023__

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge